IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

ARTHUR CARSON,

PLAINTIFF,

VS.

3-16CV3192-G

SOFIA HERNANDEZ, VOLUNTEERS OF AMERICA/PRARIE CREEK VILLAGE;

CITY OF DALLAS FAIR HOUSING; AND GENUINE DATA SERVICES,

DEFENDANTS.

## COMPLAINT FOR DECLARATORY/INJUNCTIVE RELIEF

### WITH JURY DEMAND

PRELIMINARY STATEMENT:

Comes Now the Plaintiff, Arthur Carson. and brings this action Pursuang to Title VII, 42 U.S.C.3601 of the Civil Rights and Fair Housing ACT; 42 U.S.C. 1985, Conspiracy Statue; the Fair Credit Reporting Act, 15 U.S.C. 1681; and the Texas Property Code, Section 92,3515.

PARTIES:

1). Plaintiff, Arthur Carson, 6200 Colonel Glenn Rd., #219, Little Rock, Arkansas 72204;

2). Defendant, Sofia Hernandez, Manager VOA/Prarie Creek Village Apt., 9215 Bruton Rd., Dallas, TX 75217;

3). Defendant, Volunteers of America/Prarie Creek Village, 300 E.Midway Street ,Euless, TX.76039;

4).City of Dallas Fair Housing, 1500 Marilla Street Dallas, TX 75201

5).Genuine Data Service, LLC., 2770 Coit Rd. Suite 1150, Dallas, TX 75251.

## STATEMENT OF CLAIMS:

1). On or about May 28, 2016, Plaintiff, (Hereinafter "Carson" ) a 62 Year old African-American Senior, Applied for housing at the Prarie Creek Village Apartments. On June 1, 2016, through a Phone follow-up Sofia Hernandez informed Carson that because of His past Criminal History the application was denied. No further information was given to Carson. Several Days later an adverse letter was sent to Carson Informing Him "Criminal History, and Credit History" were the reasons for the denial.

Defendant Sofia Hernandez, at No time allowed Carson to present mitigating factors to this finding, Such as Carson's previous five Years Rental history at His prior address, timely payments, where the Defendants only required a four Year previous background Rental history. Defendant Hernandez, Failed to consider the time line from Carson's previous felonies, where Genuine Data Services Had used a forty Year old burglary, and twenty-eight year old Attempted Murder conviction. This, Contemporaneous with an inaccurate Homicide conviction from someone with a similar name, but Different Middle names, and use of numerous aliases of other persons.

The Defendants Ban on Carson for previous felonies had an adverse Discriminatory effect.

In 2014, African Americans comprised approximately 36 percent of the total population. African Americans were incarcerated at a rate nearly three times their proportion of the General Population,( E.Ann Carson, Bureau of Justice Statistics, U.S. Dept. of Justice- Sept.2015).

2). Carson, an African American, is part of the Class of Disproportinate number of those Convicted, Imprisoned, and Released from Prison. Defendants Policies and Practices deny Housing, which are Critical to any successful reentry to Society, and this Policy is Equally Disparate and Discriminates Against African Americans.

This in conjunction with the Racial aspect of those that are Convicted in Texas, are axiomatic.

In 2005, the Racial convictions in Texas rate by Race per 100,000 of the Population: "Whites 667; Blacks 3167; Hispanics 830". See ( Uneven Justice, by Marc Mauer, and Ryan S. King, 2007, The Sentencing Project).

## THE CITY OF DALLAS FAIR HOUSING:

3). The City of Dallas of Dallas Fair Housing have ignored, Fostered Discrimination against African Americans, by turning a Blind eye to Dallas Landlord's Discriminatory Ban of Elderly African-Americans with past Felonies as Carson. There exist No Formal Policy or Guiding criteria to prevent Discrimination.

On or about June 10,2016, Barksdale Haggins of Dallas Fair Housing, errouneously advised Carson, That Hud Policy did not apply to His situation, where "Arrest with No Felony Conviction " was the Required standard for Assistance.

Only after Carson's complaint to HUD did the Dallas Fair Housing half Heartedly investigate. However, No meaningful investigation were performed. "There was a failure to obtain pertinent documents From Prarire Creek Village; failure to obtain data relating to Applicant's denied Housing; failure to Preserve evidence from Carson relating to His Phone log, which showed Carson's contact with Betty Morris, of Volunteers of America."

The Defendants constantly changed the narrative of Carson's complaint, during Defendants so-Called investigation.

Dallas Fair Housing actions/inactions have contributed to the Discriminatory denial of Housing to Carson, and have significantly effected the existence of the large Homeless Population of those Similarly situated as Carson.

## GENUINE SERVICE LLC

4). Defendants, Genuine Data Service, Contract with Realpage Inc., to provide Background data For Applicants seeking Housing with Volunteers of America/Prairie Creek Village . Genuine Data Service Had a duty to provide comprehensive , accurate information. However, Genuine Data Has gross negligently gathered inaccurate data, without any reasonable verification of its data Compilation, and has further disseminated false information regarding Carson over the internet, To its Clients.

Genuine Data gave Realpage Inc., false data, e.g." A Homicide Conviction Report, aliases Names, And someone Name Arthur Ray Carson, multiple use of similar convictions with multiple dates". These exaggerated convictions have truncated Carson's ability to obtain stability , while creating a Monsterous portrayal of Carson.

## DEFENDANT'S CONSPIRACY AND CONFLICT OF INTEREST:

There exist a conflict of interest between Volunteers of America/Prairie Creek Village, and Realpage Inc. where Volunteers of America Manages the Prairie Creek Village Apartment, This unusual Relationship between realpage Inc., has corrupted the motivation and decision- Making of Prairie Creek Village.

There exist No legitimate Law Enforcement Agency signing off on data being used by Genuine Data Service. Internet Garbage are disseminated with emphasis place on Ethnicity , such a Policy effects African-Americans.

The Volunteers of America, Prairie Creek Village have abdicated its stated mission of serving the most Vulnerable in Our Society such as Low Income Seniors with Disabilities who seek to Rebuild their lives, As Carson.

PRETEXTUAL USE OF CREDIT HISTORY

5). The adverse letter from Volunteers of America used Credit History as it second reason to Deny Housing. However, the Defendants gave no advance written Notice specifying the Tenant Selection Criteria. In fact, the only thing relating to any criteria required "Four Years at Previous Residence, in which Carson met this standard. The arbitrary use of Credit History was contrary to Texas Law, that mandates advance written selection criteria, 992.3515, Texas Property Code.

PRAYERS:

WHEREFORE , PREMISES CONSIDERED, Plaintiff Prays , that Declaratory and Injunctive Relief against Defendants blanket Ban of Persons with a Prior Felony Conviction; Damages of $1,000,000 from each Defendant; ~~Access to Senior Housing~~ ; Court Cost; and all Else Relief this Court deem Equitable and Just.

RESPECTFULLY SUBMITTED,

*/s/ Arthur Carson*

Arthur Carson

I, Arthur Carson Swear the foregoing statement of facts are true and correct, pursuant to 28 U.S.C. 1746.

*/s/ Arthur Carson* Dated this 8th day of NOV. ,2016.

Arthur Carson

(5)

11/08/2016

Arthur Carson

6200 Colonel Glenn Rd 219

Little Rock, AR 72204

(501-240-3437)

clerk:

   Enclosed, please find My Application for Informa Pauperis, and 5 Copies of My Complaint with Jury Demand.

Sincerely,

*Arthur Carson*

1

AK CARSON
6200 Colonel Glenn #219
Little Rock, AR. 72204

RECEIVED-2
NOV 1 5 2016
MAILROOM

7016 0340 0000 6624 0360

3-16CV3192-G
38

Clerk
United States District Court
Northern District of Texas
1100 Commerce St. #1452
Dallas, TX. 75242



U.S. POSTAGE PAID
LITTLE ROCK, AR
72204
NOV 09, 18
AMOUNT
$5.29
R2305E124840-13